IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____Western_____ DIVISION

_____Steve Tyson_____
(Enter Above the Name of the Plaintiff in this Action)

vs.

_____Elizbeth A Ellis_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

3:23 cv 273

WALTER H. RICE

MAGISTRATE JUDGE  SILVAIN

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

_____Steve Tyson_____
Name - Full Name Please - PRINT

_____6266 Shull Rd_____
Street Address

_____Dayton Ohio 45424_____
City, State and Zip Code

_____419-344-3208_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Elizbeth A Ellis__
   Name - Full Name Please
   __41 Perry St Dayton Ohio 45402__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

#895 - Favoritism, misleading And ~~by and~~ placeing A Judgement in my case, (Add) did n,t Have Jurisdiction

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |         |
|-------------|---------|---------|
| _____  | _____ vs. _____ |
| _____  | _____ vs. _____ |
| _____  | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

1. I like to Sue. for $100,000 Thasand
2. And Judge Elizbeth A Ellis Removed from office.
3. See Docket sheet.

I state under penalty of perjury that the foregoing is true and correct. Executed on this __18__ day of __Sept__, 20__23__

_Stn Tyson_
Signature of Plaintiff

-4-

# 2023 CV 00783: STEVE TYSON vs MICHAEL MILLS

**Docket Information**

**Date**
**Docket Entry**

8/28/2023
AFFIDAVIT OF INDIGENCY
GRANTED
Document Type: AFFIDAVIT OF INDIGENCY


DOWNLOAD

8/16/2023
CIVIL DOCKET STATEMENT

Document Type: CIVIL DOCKET STATEMENT


DOWNLOAD

8/16/2023
NOTICE OF APPEAL TO THE SECOND DISTRICT COURT OF APPEALS
.CA 029881
Document Type: NOTICE OF APPEAL TO THE SECOND DISTRICT COURT OF APPEALS


DOWNLOAD

8/14/2023
NOTICE - AFFIDAVIT OF DISQUALIFICATION FILED ON HON. ELIZABETH ELLIS IN THE SUPREME COURT OF OHIO ON AUGUST 4, 2023
Document Type: NOTICE:


DOWNLOAD

8/10/2023
COST STATEMENT SENT:
TYSON, STEVE was sent bill for $92.00.
Printed on 08/10/2023 09:15:05.11.

**Docket Information**

**Date**

**Docket Entry**

Document Type: COST STATEMENT SENT:

8/8/2023

ENTRY

AND ORDER STRIKING PLAINTIFF'S JULY 27, 2023 FILING FROM THE COURT'S DOCKET

Document Type: ENTRY

[DOWNLOAD]

8/1/2023

MOTION: STRIKE

MOTION OF DEFENDANT, MICHAEL MILLS, TO STRIKE FILED BY LINDSAY M. JOHNSON

Document Type: MOTION: STRIKE

[DOWNLOAD]

7/27/2023

MOTION:

FOR RECUSAL REQUEST FOR REHEARING TO DEFENDANTS MOTION TO STRIKE REQUESTS FOR STAY OF THE COURTS PREVIOUS ORDERS

Document Type: MOTION:

[DOWNLOAD]

7/27/2023

SERVICE FAILURE NOTIFICATION MAILED FAILURE OF SERVICE NOTIFICATION REQUESTOR NOTIFIED TRACKING NUMBER: CVPS000000000050131

Document Type: SERVICE FAILURE NOTIFICATION MAILED

[DOWNLOAD]

7/26/2023

MONTGOMERY COUNTY SHERIFF FEES $12.00

Document Type: MONTGOMERY COUNTY SHERIFF FEES

7/26/2023

## Docket Information

**Date**

**Docket Entry**

SUCCESSFUL SERVICE

Method : CIVIL PERSONAL SERVICE SHERIFF

Issued : 07/17/2023

Service : REISSUE CIVIL INITIAL SERVICE EFILING

Served : 07/25/2023

Return : 07/26/2023

On : WELLS JUDGE, MIA

Signed By : OFFICE CLERK

Reason : CIVIL SUCCESSFUL SERVICE

Comment :

Tracking #: CVPS000000000050132

Document Type: SUCCESSFUL SERVICE


DOWNLOAD

7/26/2023

MONTGOMERY COUNTY SHERIFF FEES $2.00

Document Type: MONTGOMERY COUNTY SHERIFF FEES

7/26/2023

UNSUCCESSFUL SERVICE

Method : CIVIL PERSONAL SERVICE SHERIFF

Issued : 07/17/2023

Service : REISSUE CIVIL INITIAL SERVICE EFILING

Served :

Return : 07/26/2023

On : MILLS, MICHAEL

Signed By :

## Docket Information

**Date**

**Docket Entry**

Reason : CIVIL UNSUCCESSFUL SERVICE

Comment : ADDRESS DOES NOT EXIST

369-405

Tracking #: CVPS000000000050131

Document Type: UNSUCCESSFUL SERVICE

DOWNLOAD

7/24/2023

ORDER:

ENTRY AND ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT AND MOTION FOR HEARING FILED ON JULY 17, 2023

Document Type: ORDER:



7/17/2023

MOTION: STRIKE

OF DEFENDANT MICHAEL MILLS TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT AND SECOND MOTION FOR HEARING ON THE MATTER RESPONSE TO DEFENDANTS MOTION TO STRIKE AND NOTICE OF FIRST AMENDED COMPLAIN FILED BY LINDSAY M. JOHNSON

Document Type: MOTION: STRIKE



7/17/2023

CIVIL SUMMONS ISSUED

CIVIL SUMMONS EFILING

Sent on: 07/17/2023 11:19:23.46

Document Type: CIVIL SUMMONS ISSUED



## Docket Information

**Date**

**Docket Entry**

7/17/2023

Issue Date: 07/17/2023

Service: REISSUE CIVIL INITIAL SERVICE EFILING

Method: CIVIL PERSONAL SERVICE SHERIFF

Provider: MONTGOMERY COUNTY SHERIFF

Cost Per: $

MILLS, MICHAEL
373 WEST FIRST ST
DAYTON, OH 45422
Tracking No: CVPS000000000050131

WELLS JUDGE, MIA
301 W THIRD STREET
4TH FLOOR ROOM 437
DAYTON, OH 45402
Tracking No: CVPS000000000050132

WOLAVER JUDGE, STEPHEN
COMMON PLEAS COURT GENERAL DIV
41 N PERRY STREET
DAYTON, OH 45422
Tracking No: CVPS000000000050133

Document Type: SERVICE ISSUED SHERIFF PERSONAL SERVICE

7/17/2023

**Docket Information**

**Date**

**Docket Entry**

MOTION:

FOR HEARING ON THE MATTER RESPONSE TO DEFENDANTS MOTION TO STRIKE AND NOTICE OF FIRST AMENDED COMPLAINT

Document Type: MOTION:



7/17/2023

INSTRUCTIONS FOR SERVICE OF DOCUMENTS

VIA PERSONAL SHERIFF

Document Type: INSTRUCTIONS FOR SERVICE OF DOCUMENTS



7/17/2023

AMENDED COMPLAINT

ADDING DEFENDANTS TO CASE

Document Type: AMENDED COMPLAINT



7/7/2023

ORDER:

STRIKING PLAINTIFF'S JUDICIAL NOTICE OF DISQUALIFICATION

Document Type: ORDER:



7/5/2023

MOTION: STRIKE

OF DEFENDANT, MICHAEL MILLS, TO STRIKE PLAINTIFF'S JUDICIAL NOTICE – NOTICE OF DISQUALIFICATION PURSUANT TO CIV. R. 12(F) FILED BY LINDSAY M. JOHNSON

Document Type: MOTION: STRIKE

## Docket Information

**Date**

**Docket Entry**

7/3/2023

NOTICE:

OF DISQUALIFICATION

Document Type: NOTICE:

 DOWNLOAD

6/20/2023

COST STATEMENT SENT:

TYSON, STEVE was sent bill for $49.00.

Printed on 06/20/2023 14:40:22.85.

Document Type: COST STATEMENT SENT:

6/13/2023

RULE 58(B) CIVIL NOTICE OF FINAL APPEALABLE ORDER SENT TO ALL PARTIES THROUGH THE CLERKS AUTO-NOTIFICATION WITHIN THE EFILING SYSTEM OR BY REGULAR MAIL Receipt: 1401685 Date: 06/20/2023

Document Type: RULE 58(B) CIVIL NOTICE OF FINAL APPEALABLE ORDER SENT TO ALL PARTIES THROUGH THE CLERKS AUTO-NOTIFI

 DOWNLOAD

6/13/2023

DECISION

ENTRY AND ORDER GRANTING DEFENDANT MICHAEL MILLS MOTION TO DISMISS

Document Type: DECISION

DOWNLOAD

5/24/2023

MOTION: STRIKE

MOTION OF DEFENDANT, MICHAEL MILLS, TO STRIKE FILED BY LINDSAY M. JOHNSON

Document Type: MOTION: STRIKE

 DOWNLOAD

**Docket Information**

**Date**

**Docket Entry**

5/23/2023

MOTION:

REQUEST FOR ORAL ARGUMENT MOTION IN RESPONSE TO DEFENDANTS MOTION MOTION TO DISMISS DEFENDANTS MOTION MOTION FOR HEARING ON THE MATTER MOTION TO SET A DEFINTE TRIAL DATE REQUEST FOR DISCOVERY CUT OFF

Document Type: MOTION:



4/27/2023

ORDER SETTING SUBMISSION DATE

DEFENDANT'S MOTION TO DISMISS - SUBMISSION DATE MAY 24, 2023

Document Type: ORDER SETTING SUBMISSION DATE



4/26/2023

NOTICE: APPEARANCE

OF COUNSEL FOR DEFENDANT, MICHAEL MILLS FILED BY Lindsay M. Johnson

Document Type: NOTICE: APPEARANCE



4/26/2023

Visiting Judge Certificate of Assignment From Ohio Supreme Court

JUDGE WOLAVER CERTIFICATE OF ASSIGNMENT

Document Type: Visiting Judge Certificate of Assignment From Ohio Supreme Court



4/26/2023

MOTION: DISMISS

OF DEFENDANT, MICHAEL MILLS, TO DISMISS FILED BY Lindsay M. Johnson

**Docket Information**

**Date**

**Docket Entry**

Document Type: MOTION: DISMISS



4/5/2023

SUCCESSFUL SERVICE

Method : CIVIL AREA 2 CERTIFIED MAIL

Issued : 03/30/2023

Service : REISSUE CIVIL INITIAL SERVICE EFILING

Served : 04/03/2023

Return : 04/05/2023

On : MILLS, MICHAEL

Signed By : JACK KING


Reason : CIVIL SUCCESSFUL SERVICE

Comment :


Tracking #: 9414726699042212367501

Document Type: SUCCESSFUL SERVICE



3/30/2023

CIVIL SUMMONS ISSUED


CIVIL SUMMONS EFILING

Sent on: 03/30/2023 13:05:15.40

Document Type: CIVIL SUMMONS ISSUED

DOWNLOAD

3/30/2023

**Docket Information**

**Date**

**Docket Entry**

Issue Date: 03/30/2023
Service: REISSUE CIVIL INITIAL SERVICE EFILING
Method: CIVIL AREA 2 CERTIFIED MAIL
Cost Per: $10.00

MILLS, MICHAEL
373 WEST FIRST ST
DAYTON, OH 45422
Tracking No: 9414726699042212367501

Document Type: SERVICE ISSUED CERTIFIED MAIL

3/30/2023
INSTRUCTIONS FOR REISSUE OF SERVICE
BY CERTIFIED MAIL
Document Type: INSTRUCTIONS FOR REISSUE OF SERVICE

[DOWNLOAD]

3/30/2023
CIVIL DEPOSIT Receipt: 1392734 Date: 03/30/2023
Receipt 1392734 reversed by 1401683 on 06/20/2023. Receipt: 1401684 Date: 06/20/2023
Document Type: CIVIL DEPOSIT

3/22/2023
NOTICE: ISSUE SERVICE WITHIN 14 DAYS
, Receipt: 1401685 Date: 06/20/2023
Document Type: NOTICE: ISSUE SERVICE WITHIN 14 DAYS

[DOWNLOAD]

**Docket Information**

**Date**

**Docket Entry**

3/16/2023

SERVICE FAILURE NOTIFICATION MAILED FAILURE OF SERVICE NOTIFICATION REQUESTOR NOTIFIED TRACKING NUMBER: CVPS000000000049858 Receipt: 1401685 Date: 06/20/2023

Document Type: SERVICE FAILURE NOTIFICATION MAILED

[DOWNLOAD]

3/15/2023

MONTGOMERY COUNTY SHERIFF FEES $8.00 Receipt: 1401685 Date: 06/20/2023

Document Type: MONTGOMERY COUNTY SHERIFF FEES

3/15/2023

UNSUCCESSFUL SERVICE

Method : CIVIL PERSONAL SERVICE SHERIFF

Issued : 02/15/2023

Service : CIVIL INITIAL SERVICE EFILING

Served :

Return : 03/15/2023

On : MILLS, MICHAEL

Signed By :

Reason : CIVIL UNSUCCESSFUL SERVICE

Comment : 4 ATTEMPTS, NO ONE IN OFFICE

Tracking #: CVPS000000000049858

Document Type: UNSUCCESSFUL SERVICE

[DOWNLOAD]

3/13/2023

AFFIDAVIT OF INDIGENCY

DENIED Receipt: 1401685 Date: 06/20/2023

## Docket Information

### Date
### Docket Entry

Document Type: AFFIDAVIT OF INDIGENCY

 DOWNLOAD

2/15/2023
CIVIL SUMMONS ISSUED

CIVIL SUMMONS EFILING
Sent on: 02/15/2023 16:27:13.45
Document Type: CIVIL SUMMONS ISSUED

 DOWNLOAD

2/15/2023
Issue Date: 02/15/2023
Service: CIVIL INITIAL SERVICE EFILING
Method: CIVIL PERSONAL SERVICE SHERIFF
Provider: MONTGOMERY COUNTY SHERIFF
Cost Per: $

MILLS, MICHAEL
373 WEST FIRST ST
DAYTON, OH 45422
Tracking No: CVPS000000000049858

Document Type: SERVICE ISSUED SHERIFF PERSONAL SERVICE

2/15/2023
CIVIL CONVENIENCE FEE Receipt: 1392734 Date: 03/30/2023
Receipt 1392734 reversed by 1401683 on 06/20/2023. Receipt: 1401685 Date: 06/20/2023
Document Type: CIVIL CONVENIENCE FEE

**Docket Information**

**Date**

**Docket Entry**

2/15/2023

INSTRUCTIONS FOR SERVICE ON A NEW CASE

PERSONAL SERVICE

Document Type: INSTRUCTIONS FOR SERVICE ON A NEW CASE

 DOWNLOAD

2/15/2023

CASE INFORMATION SHEET

Document Type: CASE INFORMATION SHEET

 DOWNLOAD

2/15/2023

CIVIL DEPOSIT Receipt: 1392734 Date: 03/30/2023

Receipt 1392734 reversed by 1401683 on 06/20/2023.

Document Type: CIVIL DEPOSIT

2/15/2023

COMPLAINT

FILED BY STEVE TYSON Receipt: 1401685 Date: 06/20/2023

Document Type: COMPLAINT

DOWNLOAD