IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Steve Tyson | : | Case No. 3:23-cv-273 |
| Plaintiff, | : | Judge Walter H. Rice |
| | | Magistrate Judge Peter B. Silvain Jr. |
| vs. | : | |
| Elizabeth Ellis | : | |
| Defendant. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. #4) AND OVERRULING PLAINTIFF'S OBJECTION THERETO (DOC. #5); JUDGMENT TO ENTRY IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF HEREIN; TERMINATION ENTRY**

Based upon the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge (Doc. #4), as well as a thorough review of this Court's file, i.e., Plaintiff's Complaint and Objections to the Report and Recommendations, as well as a thorough review of the applicable law, this Court **ADOPTS** the Report and Recommendations and **OVERRULES** Plaintiff's Objections (Doc. #5) thereto. The Report and Recommendations are **ADOPTED** and Judgment will be entered in favor of the Defendant and against the Plaintiff herein.

In dismissing Plaintiff's Complaint, this Court does so based upon 28 U.S.C. §1915(e)(2).

This captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 16, 2023

*Walter Rice* (signature)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**