# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Steve Tyson<br>*Plaintiff*<br>v.<br>Elizabeth Ellis<br>*Defendant* | Civil Action No. 3:23-cv-273 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Judgment in favor of the Defendant and against the Plaintiff. The case is terminated upon the docket records of the Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice _____ adopting the Report and Recommendations of the United States Magistrate Judge and overruling Plaintiff's Objections thereto.

Date: 16 November 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*